UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANCES MARTINEZ o/b/o | § | |
| ROSEMARY MARQUEZ (dec'd), | § | |
| Plaintiff, | § | |
| | § | |
| | § | Civil Action No. 3:19-CV-1904-B-BH |
| | § | |
| ANDREW SAUL, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

By separate judgment, the decision of the Commissioner will be **REVERSED in part**, and **REMANDED** for further proceedings.

SO ORDERED on this 15th day of September, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE